FILED

06/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0226

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0226

STATE OF MONTANA,

        Plaintiff and Appellee,

v.

BRADLEY JAY HILLIOUS,

        Defendant and Appellant.

## ORDER

        Upon consideration of Appellant's motion for extension of time and good cause appearing,

        IT IS HEREBY ORDERED that Appellant is given an extension of time until August 5, 2024, to prepare, file, and serve the Appellant's reply brief.

        No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2024